UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COOK PRODUCTIONS, LLC,

        Plaintiff,

v.

STEPHEN HOPKINS, et al.,

        Defendants.

C17-101 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to extend time to serve complaint, docket no. 14, is GRANTED as follows. The deadline for service is EXTENDED to Friday, June 23, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of April, 2017.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1