1

2

3                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
4                                AT SEATTLE

5
    COOK PRODUCTIONS, LLC,
6                                                    C17-101 TSZ
                                    Plaintiff,
7           v.

    TECORA MILLER,
8
                                    Defendant.
9
    COOK PRODUCTIONS, LLC,
10                                                   C17-252 TSZ
                                    Plaintiff,
11          v.

12   ANGELA WALKER; OKSANA
     KOVALCHUK; MARGARITA
     HERNANDEZ; and OLIVIA               MINUTE ORDER
13   BOWSER-RICHARD,

                                    Defendants.
14

15          The following Minute Order is made by direction of the Court, the Honorable
    Thomas S. Zilly, United States District Judge:

16          (1)      In both of these actions, all remaining defendants are in default.  _See_ Order
17   (docket no. 28 in C17-101 TSZ); Orders (docket nos. 30, 31, 32, & 33 in C17-252 TSZ).
    Since July 2017, when the various defaults were entered, plaintiff has not sought default
18   judgment or otherwise taken any steps to prosecute these matters.  Meanwhile, the United
    States Court of Appeals for the Ninth Circuit issued a decision in _Cobbler Nevada, LLC_
19   _v. Gonzales_, 901 F.3d 1142 (9th Cir. 2018), which requires plaintiff to plead, in support
    of its copyright infringement claims, "something more" than each defendant's status as
20   the subscriber of an Internet Protocol address associated with transmission of a segment
    of plaintiff's motion picture via a peer-to-peer network using the BitTorrent protocol.
21   _See id._ at 1145.  Plaintiff is hereby DIRECTED to SHOW CAUSE, by November 16,
    2018, why the Court should not vacate the defaults entered in these matters and dismiss
22   plaintiff's claims (either with or without prejudice, with or without leave to amend) for
    failure to state a claim and/or failure to prosecute.

23

    MINUTE ORDER - 1

1       (2)    Any objection by a defendant to plaintiff's response to this show cause order shall be filed by December 7, 2018.  Any reply by plaintiff to any such objection shall be filed by December 14, 2018.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and to all remaining (albeit defaulted) pro se defendants.

    Dated this 19th day of October, 2018.


William M. McCool
Clerk


s/Karen Dews
Deputy Clerk